UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TONIMARIE RHONE, on behalf of herself
and all others similarly situated,

                      Plaintiffs,

-against-

SHARBERT ENTERPRISES, INC.

                      Defendant.
------------------------------------------------------------x

Case No. 1:23-cv-03094-JMF

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff TONIMARIE RHONE ("Plaintiff") and SHARBERT ENTERPRISES, INC. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: 25 August 2023

The Law Office of Noor A. Saab, Esq.

By: _Noor A. Saab_ 8/25/2023
    Noor A. Saab Esq.
    *Attorney for Plaintiff*
    380 North Broadway, Penthouse West
    Jericho, New York 11753
    Tel: 718-740-5060
    Email: noorasaablaw@gmail.com

O'Hagan Meyer

By: _____
    Adi Kanlic, Esq.
    *Attorney for the Defendant*
    One East Wacker Drive, Suite 3400
    Chicago, IL, 60601
    Tel: 312.422.6114
    Email: AKanlic@ohaganmeyer.com

SO ORDERED:

Dated: _____August 28_____, 2023

_____
United States District Judge

1